IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: David Johnson        )
                            )    NO. 12 B 37417
                            )
                            )    Chapter 11
                            )
         Debtor,            )    Judge Jack B. Schmetterer


**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, FIXING TIMES FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, FOR FILING OBJECTIONS TO THE ADEQUACY OF THE DISCLOSURE STATEMENT, AND FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN, AND FIXING DATES FOR HEARING ON FINAL APPROVAL OF DISCLOSURE STATEMENT IF A TIMELY OBJECTION IS FILED AND FOR CONFIRMATION HEARING, COMBINED WITH NOTICE THEREOF**

An Amended Disclosure Statement dated April 19, 2013 (the Disclosure Statement) having been filed by David Johnson, the debtor herein, on April 22, 2013 referring to an amended plan dated April 19, 2013 (the plan) filed by the debtor on April 22, 2013; and

It having been conditionally determined that the disclosure statement contains adequate information;

**IT IS ORDERED, AND NOTICE IS HEREBY GIVEN THAT:**

1. The amended disclosure statement dated April 19, 2013 filed by David Johnson, the debtor, is hereby conditionally approved.

2. **July 26**, 2013 is fixed as the last day for filing written acceptances or rejections of the plan referred to above.

3. Within five days after the entry of this order, the Plan, the Disclosure Statement, and a ballot conforming to Official Form 14 shall be mailed to the creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States trustee, as provided in Rules 3017 (d) and 3017.1 of the Federal Rules of Bankruptcy Procedure.

4. **August 2**, 2013 is fixed as the day for a ballot report.

5. **August 6**, 2013 at 11:00 AM is fixed for the hearing on confirmation of the plan and for the hearing on final approval of the adequacy of the disclosure statement if a timely objection is filed.

6.    **July 26**   , 2013 is fixed as the last day for the return of the ballots filing and serving written and objections to the confirmation of the Plan pursuant to Federal Rules of Bankruptcy Procedure 3020 (b)(1).

7.    **July 26**   , 2013 is fixed as the last date for filing and serving objections to the disclosure statement pursuant to rule 3017.1 (c)(2) of the Federal Rules of Bankruptcy Procedure, objections to the adequacy of the disc.

Entered: _____

_____
Bankruptcy Judge

Paul C. Sheils (ARDC # 2576775)
15 Salt Creek Lane, Suite 122
Hinsdale, Illinois 60521
Telephone: (630) 655-1204