IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: David Johnson                     )
                                         )          NO.  12 B 37417
                                         )
                                         )          Chapter 11
                                         )
                        Debtor,          )          Judge Jack B. Schmetterer


**ORDER CONDITIONALLY APPROVING THIRD AMENDED DISCLOSURE
STATEMENT, FIXING TIMES FOR FILING ACCEPTANCES OR
REJECTIONS OF SECOND MODIFIED PLAN, FOR FILING OBJECTIONS TO
THE DISCLOSURE STATEMENT, AND FOR FILING OBJECTIONS TO
CONFIRMATION OF THE PLAN, AND FIXING DATES FOR HEARING ON
FINAL APPROVAL OF DISCLOSURE STATEMENT IF A TIMELY
OBJECTION IS FILED AND FOR CONFIRMATION HEARING, COMBINED
WITH NOTICE THEREOF**


A Third Amended Disclosure Statement dated September 9, 2013 (the Disclosure Statement) having been filed by David Johnson, the debtor herein, on September 9, 2013 referring to an second modified plan dated September 9, 2013 (the plan) filed by the debtor on September 9, 2013; and


It having been conditionally determined that the disclosure statement contains adequate information;


**IT IS ORDERED, AND NOTICE IS HEREBY GIVEN THAT:**


1.      The third amended disclosure statement dated September 9, 2013 filed by David Johnson, the debtor, is hereby conditionally approved.

2.      _____, 2013 is fixed as the last day for filing written acceptances or rejections of the plan referred to above.

3.      Within five days after the entry of this order, the Plan, the Disclosure Statement, and a ballot conforming to Official Form 14 shall be mailed to the creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States trustee, as provided in Rules 3017 (d) and 3017.1 of the Federal Rules of Bankruptcy Procedure.

4.      If acceptances are filed for more than one plan, preferences among the plans so accepted may be indicated.

5.    _____, 2013 at 10:30 AM is fixed for the hearing on confirmation of the plan and for the hearing on final approval of the disclosure statement if a timely objection is filed.

6.    _____, 2013 is fixed as the last day for filing and serving written objections to the confirmation of the Plan pursuant to Federal Rules of Bankruptcy Procedure 3020 (b)(1).

7.    _____, 2013 is fixed as the last date for filing and serving objections to the disclosure statement pursuant to rule 3017.1 (c)(2) of the Federal Rules of Bankruptcy Procedure.

Entered:    _____

_____
Bankruptcy Judge

Paul C. Sheils (ARDC # 2576775)
15 Salt Creek Lane, Suite 122
Hinsdale, Illinois 60521
Telephone: (630) 655-1204