IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICE OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 11 |
| David Johnson | ) | Case No. 12-37417 |
| Debtor | ) | Judge Jack B. Schmetterer |
| | ) | |

NOTICE OF MOTION
AND MOTION

TO:   See Service list below:

PLEASE TAKE NOTICE that on November 19, 2013 at 10:00 am or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer, Bankruptcy Judge, in Room 682 of the Dirksen Federal Courthouse at 219 S. Dearborn Street Chicago, Illinois 60604 or any judge that may be sitting in his stead, and then and there present the attached application at which time you may appear.

BY:  /s/ Paul C. Sheils
PAUL C. SHEILS, ATTORNEY
15 Salt Creek Lane, Suite 122
Hinsdale, Illinois 60521
(630) 655-1204


SERVICE LIST

Patrick S. Layng, United States Trustee
219 S. Dearborn Street
Room 873
Chicago IL 60604

Edward Freud, Attorney
Ruff, Weidnaar & Reidy, Ltd.
222 N. LaSalle Street
Suite 700
Chicago IL 60601

Jose G. Moreno, Attorney
Codilis & Associates, PC
15W030 North Frontage Road
Burr Ridge IL 60527

Chase Home Mortgage
James Dimon, President and CEO
270 Park Avenue
39th Floor
New York NY 10017

Ally Financial Inc. f/k/a GMAC
PO Box 130424
Roseville MN 55113

US Bank
Bankruptcy Department
PO Box 5229
Cincinnati OH 45201-5229

| | |
|---|---|
| David Johnson<br>13162 159th Street<br>Homer Glen IL 60491 | D. J. M. Construction, Inc.<br>David Johnson, Registered Agent<br>13162 159th Street<br>Homer Glen IL 60491 |
| CitiBank<br>Vikram Pandit, CEO<br>339 Park Avenue<br>New York NY 10022 | 5th/3rd Bank<br>9441 LBJ Freeway<br>Suite 350<br>Dallas TX 75243 |
| IDES<br>Maureen T. O'Donnell, Director<br>33 S. State Street<br>Chicago IL 60603 | Granite Recovery LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue, Suite 1120<br>Miami FL 33131-160Z |

STATE OF ILLINOIS    )
                                       )SS
COUNTY OF COOK    )

Paul C. Sheils, being first duly sworn on oath, deposes and states that he served a copy of the forgoing Notice together with a copy of the Motion attached thereto to the persons shown above, by either service through CM/ECF, USPS First Class Mail, or facsimile transmission on November 9, 2013. BY:  /s/ Paul C. Sheils

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICE OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 11 |
| David Johnson | ) | Case No. 12-37417 |
| Debtor | ) | Judge Jack B. Schmetterer |

## MOTION FOR ENTRY OF FINAL DECREE

Now Comes David Johnson, Debtor herein, and respectfully represents unto this Honorable Court as follows:

1. That on September 20, 2012 the above named Debtor filed the above captioned Chapter 11 Petition.

2. That this Honorable Court entered an Order confirming Debtor's Second Modified Plan on October 17, 2013.

3. That the Debtor has made the distributions due under the Second Modified Plan. Attached hereto as Exhibit A is a list of said distributions.

4. The Debtor has substantially complied with all of the terms contained in his confirmed Chapter 11 Plan.

WHEREFORE, David Johnson, Debtor herein, prays for the entry of a Final Decree in this matter and an Order directing the Clerk of the United States Bankruptcy Court to close this case, and for such other and further relief as the Court may deem proper.

Respectfully Submitted:

BY:  /s/ Paul C. Sheils
PAUL C. SHEILS, ATTORNEY
15 Salt Creek Lane, Suite 122
Hinsdale, Illinois 60521
(630) 655-1204